IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:13CR174 |
| | § | Judge Crone |
| MICHAEL RAY a.k.a. Curly (2) | § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count Two of the First Superseding Indictment with a violation of 18 U.S.C. § 922(j), Possession of a Stolen Firearm.  The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

    1.    The defendant knowingly possessed, received, concealed, stored, bartered, sold, disposed of, or pledged or accepted as security for a loan, stolen firearms;

    2.    The firearms had been shipped or transported from one state to another; and

    3.    The defendant knew or had reasonable cause to believe that the firearms had been stolen.

Respectfully submitted,

JOHN M. BALES
United States Attorney

\_\_\_/s/_____
TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Tracey.Batson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on May 20, 2014.

\_\_\_/s/_____
TRACEY M. BATSON