IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13CR174 |
| | § | Judge Crone |
| MICHAE RAY a.k.a. "Curly" (2) | § | |

## STATEMENT OF FACTS IN SUPPORT OF PLEA AGREEMENT

IT IS HEREBY STIPULATED by **Michael Ray a.k.a. "Curly,"** defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, Rafael De La Garza, II, that this factual statement may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. In or around June 2012, **Ray** and co-conspirator Nicholas Alexander burglarized a storage unit at the Store More storage facility located in Murphy, Texas, in the Eastern District of Texas. **Ray** and Alexander stole more than sixty firearms and transported them to Jeromy Mullins' residence located in Terrell, Texas.

2. **Ray** asked Curtis Ford to help sell the firearms. Ford sold 43 of the firearms to Jeffrey Tavener for $6500. Thereafter, Ford gave **Ray** the $6500.

3. Some of the firearms **Ray** stole from Store More include the following:

Romarm, Model Mini Draco, 7.62x39 caliber pistol, serial number PD- 1264-2011-RO;

Romarm, Model Mini Draco, 7.62x39 caliber pistol, serial number PD-1448-2011-RO;

Romarm, Model Mini Draco, 7.62x39 caliber pistol, serial number PD-1270-2011-RO;

Statement of Facts – Page 1

Romarm, Model Mini Draco, 7.62x39 caliber pistol, serial number PD-1685-2011-RO; Romarm, Model Mini Draco, 7.62x39 caliber pistol, serial number PD-2095-2011-RO; Romarm, Model Mini Draco, 7.62x39 caliber pistol, serial number PD-1738-2011-RO; Romarm, Model Draco, 7.62x39 caliber pistol, serial number DC9630-11-RO; Romarm, Model Mini Draco, 7.62x39 caliber pistol, serial number; PD-1734-2011-RO; Romarm, Model Mini Draco, 7.62x39 caliber pistol, serial number PD-1266-2011-RO; Israel Military Industries, Model Desert Eagle, .44 caliber pistol, serial number; 94173; Romarm, Model FPK Dragunov, 7.62x54 caliber rifle, serial number KR1708; Century Arms, Inc., Model Tantal Sporter, 5.45x39 caliber rifle, serial number Y003675; and Romarm, Model Draco, 7.62x39 caliber pistol, serial number DC9596-11-RO.

4. Based on my participation in the burglary of the Store More storage unit, I, **Michael Ray**, knowingly stole and possessed the firearms described in Paragraph 3.

5. The firearms described in Paragraph 3 fall within the definition of "firearm" as found in 18 U.S.C. § 921(a)(3)(A).

6. The firearms described in Paragraph 3 were not manufactured in the State of Texas, and had traveled in interstate commerce.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual statement and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. § 922(g)(1).

Dated: 5-19-14

_____
MICHAEL RAY
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual statement and have reviewed it with my client, **Michael Ray**. Based upon my discussions with my client, I am satisfied that he understands the factual statement.

Dated: 5-19-14

_____
RAFAEL DE LA GARZA, II
Attorney for Defendant

Statement of Facts – Page 3